IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRAD SEITER                                                                                           PLAINTIFF

vs.                                             Civil No. 6:23-cv-06107

COMMISSIONER, SOCIAL                                                                      DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Comes now the Court on this the 3rd day of October, 2024, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **REVERSED,** and remands this case for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

   IT IS SO ORDERED.

                                                                    /s/ *Barry A. Bryant*
                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE